IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01989-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in individual and official capacities,
POLICE OFFICER PATTI DEAN, in individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE OFFICER JASON STAUBIN, in individual and official capacities, and
POLICE OFFICER AMY WIMMER, in her individual and official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

---

    Plaintiff Charles Lee Kettering is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. He has filed *pro se* a civil rights complaint.

    On November 8, 2006, Mr. Kettering submitted a motion for a preliminary injunction. On November 9, 2005, he submitted a motion for discovery. On November 15, 2006, he submitted two amendments to the motion for a preliminary injunction, one of which he labels as a motion to compel.

    The Court must construe liberally the motion for a preliminary injunction and its

amendments because Mr. Kettering is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will deny the motion for a preliminary injunction, as amended.

In the November 8 motion for a preliminary injunction, Mr. Kettering alleges that he has been assaulted four times and that on or before November 13, 2006, he is returning on a writ to the Larimer County Detention Center for trial. He fails to allege where he was assaulted or by whom. He contends that to obtain a preliminary injunction it should be enough just to ask for one and that past acts of misconduct should be sufficient evidence that future misconduct is likely. He asks to be provided with safety from assaults, cruel and unusual punishment, deliberate indifference, taunting, and harassment, and to be allowed access to the law library.

In one of the November 15, 2006, amendments to the motion for a preliminary injunction, he alleges that the typewriter at the Larimer County Detention Center is in poor condition and lacks correction tape, and that the detention center will not install a new typewriter. He apparently wants this Court to order the Larimer County Detention Center to install a new typewriter. In the other November 15 amendment, which he labels as a motion to compel, Mr. Kettering asks the Court to order the Larimer County Detention Center to provide him access to the courts by allowing him time in the conference room where the law books and typewriter are located.

A party seeking a preliminary injunction must show a substantial likelihood of

prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Kettering fails to allege any facts that demonstrate he is facing immediate and irreparable injury. Therefore, the Court will deny the motion for a preliminary injunction, as amended, and the motion to compel. Accordingly, it is

ORDERED that the motion for a preliminary injunction submitted by Plaintiff Charles Lee Kettering, filed with the Court on November 8, 2006, and amended twice on November 15, 2006, is denied. It is

FURTHER ORDERED that the motion for discovery filed on November 9, 2006, is denied as premature.

DATED at Denver, Colorado, this 21 day of Nov., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01989-BNB

Charles Lee Kettering
Prisoner No. 104451
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/21/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk