# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01989-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive,
    Fort Collins, CO 80525,
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in his individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in individual and official capacities,
POLICE OFFICER PATTI DEAN, in individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE JASON STAUBIN, in individual and official capacities,
POLICE OFFICER AMY WIMMER, in her individual and official capacities,
NURSE BRUNTZ, in her individual and official capacities,
DEPUTY BERGESS, in his individual and official capacities,
DEPUTY HARRIS, in his individual and official capacities,
SERGEANT ESTERS, in his individual and official capacities,
CORPORAL CATES, in her individual and official capacities,
CORPRAL [sic] NAIL, in his individual and official capacities,
DEPUTY KERR, in his individual and official capacities,
DEPUTY VANDERSLICE, in his individual and official capacities,
DEPUTY SIMMS, in his individual and official capacities,
DEPUTY SANZONE, in his individual and official capacities,
DEPUTY HOONER, in individual and official capacities,
DEPUTY MEEKS, in his individual and official capacities,
DEPUTY MOLL, in his individual and official capacities,
NURSE HOFFMAN, in her individual and official capacities,
NURSE UNKNOWN, in her individual and official capacities,
LEUTENANT [sic] RUSSELL, in his individual and official capacities,
LEUTENANT [sic] FARABEE, in his individual and official capacities,
SERGEANT VANFLEET, in his individual and official capacities,
DEPUTY GREGORY, in his individual and official capacities,
CORPORAL [sic] HARTEKER, in his individual and official capacities,
DEPUTY PUGLIESE, in his individual and official capacities,
DEPUTY MARTINEZ, in his individual and official capacities,
DEPUTY SANTOS, in his individual and official capacities,
DEPUTY ARMENTROUT, in his individual and official capacities,
DEPUTY SOMOYER, in his individual and official capacities,
DEPUTY TRAYLOR, in his individual and official capacities,
DEPUTY MCHUGH, in her individual and official capacities, and
DEPUTY KIAHTIPES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

The motion for discovery that Plaintiff Charles Lee Kettering submitted and the Court filed on December 18, 2006, is DENIED. It appears that Plaintiff currently is incarcerated at the Bent County Correctional Facility. Therefore, the clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, copies of the Order Denying Motion for Temporary Restraining Order and for Preliminary Injunction filed on December 13, 2006, and the Order to Show Cause filed on December 7, 2006, both of which were mailed to Plaintiff at his Larimer County Detention Facility address. Plaintiff will be allowed **twenty (20) days from the date of this minute order** in which to respond as directed to the December 7 order to show cause. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: December 19, 2006

Copies of this Minute Order **and an Order filed 12/13/06 and Order to Show Cause filed on 12/07/06** mailed on December 19, 2006, to the following:

Charles Lee Kettering
Prisoner No. 104451
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

_____
Secretary/Deputy Clerk