IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2007

GREGO... ...NGHAM
CLERK

Civil Action No. 06-cv-01989-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive,
    Fort Collins, CO 80525
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in his individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in individual and official capacities,
POLICE OFFICER PATTI DEAN, in individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE JASON STAUBIN, in individual and official capacities,
POLICE OFFICER AMY WIMMER, in her individual and official capacities,
NURSE BRUNTZ, in her individual and official capacities,
DEPUTY BERGESS, in his individual and official capacities,
DEPUTY HARRIS, in his individual and official capacities,
SERGEANT ESTERS, in his individual and official capacities,
CORPORAL CATES, in her individual and official capacities,
CORPRAL [sic] NAIL, in his individual and official capacities,
DEPUTY KERR, in his individual and official capacities,
DEPUTY VANDERSLICE, in his individual and official capacities,
DEPUTY SIMMS, in his individual and official capacities,
DEPUTY SANZONE, in his individual and official capacities,
DEPUTY HOONER, in individual and official capacities,
DEPUTY MEEKS, in his individual and official capacities,
DEPUTY MOLL, in his individual and official capacities,
NURSE HOFFMAN, in her individual and official capacities,
NURSE UNKNOWN, in her individual and official capacities,
LEUTENANT [sic] RUSSELL, in his individual and official capacities,
LEUTENANT [sic] FARABEE, in his individual and official capacities,
SERGEANT VANFLEET, in his individual and official capacities,
DEPUTY GREGORY, in his individual and official capacities,
CORPORAL [sic] HARTEKER, in his individual and official capacities,
DEPUTY PUGLIESE, in his individual and official capacities,
DEPUTY MARTINEZ, in his individual and official capacities,
DEPUTY SANTOS, in his individual and official capacities,
DEPUTY ARMENTROUT, in his individual and official capacities,
DEPUTY SOMOYER, in his individual and official capacities,

DEPUTY TRAYLOR, in his individual and official capacities,
DEPUTY MCHUGH, in her individual and official capacities, and
DEPUTY KIAHTIPES,

     Defendants.

---

## AMENDED ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On December 7, 2006, the Court ordered Plaintiff Charles Lee Kettering to show cause why the instant Prisoner Complaint should not be dismissed for failure to exhaust his claims pursuant to the Larimer County Detention Center's administrative grievance procedure. On January 11, 2007, Mr. Kettering submitted his response to the order to show cause. In the response, Mr. Kettering appears to have demonstrated that the complaint should not be dismissed at this time for failure to exhaust administrative procedures with respect to his asserted claims.

Therefore, the December 7, 2006, order directing Mr. Kettering to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the December 7, 20906, order directing Plaintiff Charles Lee Kettering to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 19, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01989-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive,
    Fort Collins, CO 80525
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in his individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in individual and official capacities,
POLICE OFFICER PATTI DEAN, in individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE JASON STAUBIN, in individual and official capacities,
POLICE OFFICER AMY WIMMER, in her individual and official capacities,
NURSE BRUNTZ, in her individual and official capacities,
DEPUTY BERGESS, in his individual and official capacities,
DEPUTY HARRIS, in his individual and official capacities,
SERGEANT ESTERS, in his individual and official capacities,
CORPORAL CATES, in her individual and official capacities,
CORPRAL [sic] NAIL, in his individual and official capacities,
DEPUTY KERR, in his individual and official capacities,
DEPUTY VANDERSLICE, in his individual and official capacities,
DEPUTY SIMMS, in his individual and official capacities,
DEPUTY SANZONE, in his individual and official capacities,
DEPUTY HOONER, in individual and official capacities,
DEPUTY MEEKS, in his individual and official capacities,
DEPUTY MOLL, in his individual and official capacities,
NURSE HOFFMAN, in her individual and official capacities,
NURSE UNKNOWN, in her individual and official capacities,
LEUTENANT [sic] RUSSELL, in his individual and official capacities,
LEUTENANT [sic] FARABEE, in his individual and official capacities,
SERGEANT VANFLEET, in his individual and official capacities,
DEPUTY GREGORY, in his individual and official capacities,
CORPORAL [sic] HARTEKER, in his individual and official capacities,
DEPUTY PUGLIESE, in his individual and official capacities,
DEPUTY MARTINEZ, in his individual and official capacities,
DEPUTY SANTOS, in his individual and official capacities,
DEPUTY ARMENTROUT, in his individual and official capacities,
DEPUTY SOMOYER, in his individual and official capacities,

DEPUTY TRAYLOR, in his individual and official capacities,
DEPUTY MCHUGH, in her individual and official capacities, and
DEPUTY KIAHTIPES,

    Defendants.

## AMENDED ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

On December 7, 2006, the Court ordered Plaintiff Charles Lee Kettering to show cause why the instant Prisoner Complaint should not be dismissed for failure to exhaust his claims pursuant to the Larimer County Detention Center's administrative grievance procedure. On January 11, 2007, Mr. Kettering submitted his response to the order to show cause. In the response, Mr. Kettering appears to have demonstrated that the complaint should not be dismissed at this time for failure to exhaust administrative procedures with respect to his asserted claims.

Therefore, the December 7, 2006, order directing Mr. Kettering to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the December 7, 20906, order directing Plaintiff Charles Lee Kettering to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 19, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01989-BNB

Charles Lee Kettering
Prisoner No. 104451
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_\_\_1-9-07\_\_\_\_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk