IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01989-MSK-PAC

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER,
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in his individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in individual and official capacities,
POLICE OFFICER PATTI DEAN, in individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE JASON STAUBIN, in individual and official capacities,
POLICE OFFICER AMY WIMMER, in her individual and official capacities,
NURSE BRUNTZ, in her individual and official capacities,
DEPUTY BERGESS, in his individual and official capacities,
DEPUTY HARRIS, in his individual and official capacities,
SERGEANT ESTERS, in his individual and official capacities,
CORPORAL CATES, in her individual and official capacities,
CORPRAL [sic] NAIL, in his individual and official capacities,
DEPUTY KERR, in his individual and official capacities,
DEPUTY VANDERSLICE, in his individual and official capacities,
DEPUTY SIMMS, in his individual and official capacities,
DEPUTY SANZONE, in his individual and official capacities,
DEPUTY HOONER, in individual and official capacities,
DEPUTY MEEKS, in his individual and official capacities,
DEPUTY MOLL, in his individual and official capacities,
NURSE HOFFMAN, in her individual and official capacities,
NURSE UNKNOWN, in her individual and official capacities,
LEUTENANT [sic] RUSSELL, in his individual and official capacities,
LEUTENANT [sic] FARABEE, in his individual and official capacities,
SERGEANT VANFLEET, in his individual and official capacities,
DEPUTY GREGORY, in his individual and official capacities,
CORPORAL HARTEKER, in his individual and official capacities,
DEPUTY PUGLIESE, in his individual and official capacities,
DEPUTY MARTINEZ, in his individual and official capacities,
DEPUTY SANTOS, in his individual and official capacities,
DEPUTY ARMENTROUT, in his individual and official capacities,

DEPUTY SOMOYER, in his individual and official capacities,
DEPUTY TRAYLOR, in his individual and official capacities,
DEPUTY MCHUGH, in her individual and official capacities,
DEPUTY KIAHTIPES,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned has personal, nonjudicial familiarity with the conditions of detention at the Larimer County Detention Center. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 22nd day of January, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge