# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 06-cv-01989-REB-BNB

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
SERGEANT DANIALS, in his individual and official capacities,
DEPUTY PURRIER, in his individual and official capacities,
POLICE OFFICER CHARLES ROBLES, in his individual and official capacities,
POLICE OFFICER PATTI DEAN, in her individual and official capacities,
POLICE OFFICER DOUG RICE, in his individual and official capacities,
POLICE OFFICER JASON STAUBIN, in his individual and official capacities,
POLICE OFFICER AMY WIMMER, in her individual and official capacities,
NURSE BRUNTZ, in her individual and official capacities,
DEPUTY BERGESS, in his individual and official capacities,
DEPUTY HARRIS, in his individual and official capacities,
SERGEANT HARRIS, in his individual and official capacities,
CORPORAL ESTERS, in his individual and official capacities,
CORPRAL [sic] CATE, in her individual and official capacities,
DEPUTY KERR, in his individual and official capacities,
DEPUTY VANDERSLICE, in his individual and official capacities,
DEPUTY SIMMS, in his individual and official capacities,
DEPUTY SANZONE, in his individual and official capacities,
DEPUTY HOONER, in his individual and official capacities,
DEPUTY MEEKS, in his individual and official capacities,
DEPUTY MOLL, in his individual and official capacities,
NURSE HOFFMAN, in her individual and official capacities,
NURSE UNKNOWN, in her individual and official capacities,
LEUTENANT [sic] RUSSELL, in his individual and official capacities,
LEUTENANT [sic] FARABEE, in his individual and official capacities,
SERGEANT VANFLEET, in his individual and official capacities,
DEPUTY GREGORY, in his individual and official capacities,
CORPORAL HARTEKER, in his individual and official capacities,
DEPUTY PUGLIESE, in his individual and official capacities,
DEPUTY MARTINEZ, in his individual and official capacities,
DEPUTY SANTOS, in his individual and official capacities,
DEPUTY ARMENTROUT, in his individual and official capacities,
DEPUTY SOMOYER, in his individual and official capacities,
DEPUTY TRAYLOR, in his individual and official capacities,
DEPUTY MCHUGH, in her individual and official capacities, and
DEPUTY KIAHTIPES,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 4 2007

GREGORY C. LANGHAM
                CLERK

Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 23, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01989-REB-PAC

Charles Lee Kettering
Prisoner No. 104451
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

US Marshal Service
Service Clerk
Service forms for: Larimer County Detention Center, Sheriff Jim Alderden, Major Darlin, Sergeant Danials, Deputy Purrier, Police Officer Charles Robles, Police Officer Patti Dean, Police Officer Doug Rice, Police Jason Staubin, Police Officer Amy Wimmer, Nurse Bruntz, Deputy Bergess, Deputy Harris, Sergeant Esters, Corporal Cates, Corpral [sic] Nail, Deputy Kerr, Deputy Vanderslice, Deputy Simms, Deputy Sanzone, Deputy Hooner, Deputy Meeks, Deputy Moll, Nurse Hoffman, Nurse Unknown, Leutenant [sic] Russell, Leutenant [sic] Farabee, Sergeant Vanfleet, Deputy Gregory, Corporal [sic] Harteker, Deputy Pugliese, Deputy Martinez, Deputy Santos, Deputy Armentrout, Deputy Somoyer, Deputy Traylor, Deputy Mchugh, and Deputy Kiahtipes,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on the above named individuals: COMPLAINT FILED 11/02/06, MOTION FILED 11/21/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/24/07.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk