IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

     Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that plaintiff's "Motion to Add all Costs of Plaintiff to Be Added to the Request for Relief to Defendants" (Doc. #83), filed February 16, 2007, which the court construes as a request to amend plaintiff's November 2, 2006 Complaint to include a request for costs, is **GRANTED IN PART AND IS OTHERWISE DENIED**.  If plaintiff prevails in his §1983 action, he is entitled to recover his costs incurred, as provided for by statute.

Dated:  February 20, 2007