IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE O. EDWARD SCHLATTER

Civil Action No.   06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

      Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

      Defendant(s).
_____

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

      IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **MARCH 29, 2007 at the hour of   10:00 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff and his case manager shall contact the court at: (303) 844-4892 on the above date and time in order to participate.

      IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following e-mail  address:   **service_of_process@doc.state.co.us.**

Dated:  February 20, 2007