IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

     Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that plaintiff's "[Motion for an] Order to Stop Prisoner's Affidavit for Leave to Proceed Certified Copy of Trust Fund Account Statement" (Doc. #88), filed February 26, 2007, is **DENIED**. Pursuant to 28 U.S.C. §1915(b), plaintiff is obligated to make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment by filing a current certified copy of his trust fund account statement. *See* Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. §1915 (Doc. #9).

Dated: March 20, 2007