**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-01989-MSK-PAC**         **FTR** - Reporter Deck - Courtroom A-501
**Date: March 29, 2007**                          Courtroom Deputy, Ellen E. Miller
_____

CHARLES LEE KETTERING,                            Pro Se    (By telephone)
#104451

    **Plaintiff(s),**

v.

LARIMER COUNTY DETENTION CENTER, *et al*          George H. Hass   (By telephone)
                                                  David W. Gerbus

    **Defendant(s).**
_____
**COURTROOM MINUTES / MINUTE ORDER**
_____

**HEARING: PRELIMINARY SCHEDULING CONFERENCE / MOTIONS HEARING**
**Court in Session:**   10:00 a.m.
Court calls case.  Appearance of counsel and *Pro Se* Plaintiff.

Discussion is held.

**It is ORDERED:**   Plaintiff's MOTION FOR PRELIMINARY INJUNCTION (Docket No. **106,** Filed March 28, 2007) is **DENIED AS MOOT** for reasons as set forth on the record.

**It is ORDERED:**   The Plaintiff shall file his AMENDED COMPLAINT **no later than APRIL 16, 2007.**
The Plaintiff is limited to TWENTY (20) PAGES for his Amended Complaint.
Defendants shall have to and including **MAY 01, 2007** within which to respond or otherwise answer the Amended Complaint. Defendants are permitted to incorporate the previously filed answer(s).

**It is ORDERED:**   Plaintiff's MOTION FOR APPOINTMENT OF COUNSEL (Docket No. **92,** Filed February 26, 2007) is **DENIED** for reasons as set forth on the record..

**It is ORDERED:**   Plaintiff's MOTION FOR APPOINTMENT OF COUNSEL (Docket No. **95,** FILED March 01, 2007) is **DENIED** for reasons as set forth on the record..

The Court will request that the Clerk of the Court place Plaintiff's name on the list of cases for which counsel may choose to volunteer to provide representation on a *pro bono* basis.
There is no guarantee that an attorney will volunteer.

It is anticipated   Defendants will file an Order pursuant to Fed.R.CIV.P. 30(a)(2)
requesting an Order to Depose the Plaintiff who is confined in prison.
It is anticipated the Court will order that Plaintiff bear the costs of the attorneys incurred by taking the Plaintiff's deposition.

**On or before   APRIL   16,   2007,** parties shall comply with the mandatory disclosure requirements of   Fed.R.CIV.P.  26(a)(1).

**It is ORDERED:**   DISCOVERY  DEADLINE  is  set  **JULY  01,  2007**

**It is ORDERED:**   DISPOSITIVE  MOTIONS  DEADLINE is  **AUGUST  01,  2007**

In the event it is determined   EXPERT   WITNESSES  are needed,
Plaintiff   shall designate  Experts in accordance with  Fed.R.CIV.P. 26(a)(2)   **on or before MAY  01,  2007**
Defendants shall designate Experts in accordance with  Fed.R.CIV.P. 26(a)(2)   **on or before JUNE  01,  2007**

**It is ORDERED:**   A  FINAL PRETRIAL CONFERENCE is set
**OCTOBER  17,  2007  at  10:00  a.m.**

No Settlement Conference is set at this time.

**It is ORDERED:**   Plaintiff's Motion for Discovery of Larimer County Detention Center Policies and Procedures (Docket No. **82,** Filed February 16, 2007) is   held in abeyance.  Defendants shall file their responses.
No reply shall be filed.

HEARING   CONCLUDED.

**Court in recess:**   10:22   a.m.
Total In-Court Time:   00:22