IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

     Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

     Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

     IT IS HEREBY **ORDERED** Plaintiff's Motion for Approval of Discovery (Doc. #113) is **DENIED WITHOUT PREJUDICE**.  Plaintiff shall first attempt to obtain the requested discovery by serving requests for production of documents on the defendants, in accordance with Fed.R.Civ.P. 34.  If defendants object and refuse to produce any of the requested information, plaintiff may file a motion to compel under Fed.R.Civ.P. 37.

Dated:  April 17, 2007