IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's [Motion for an Order from the Court] to Compell [sic] Defendants to Compel LCDC for Discovery Requested (Doc. #119), filed April 27, 2007, is **granted, in part,** as follows:

    The court's April 17, 2007 Minute Order (Doc. #117) is **vacated**.  Defendant shall respond to Plaintiff's Motion for Approval of Discovery (Doc. #113) **on or before May 18, 2007**.

Dated:  April 30, 2007