IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

     Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Defendants' Joint Motion to Take Deposition of Plaintiff [Doc. #130; filed May 31, 2007] is **GRANTED**.  The County Defendants, Nurse Bruntz and Nurse Hoffman may depose Mr. Kettering at the Colorado Territorial Correctional Facility in Canyon City, Colorado.

Dated:  May 31, 2007