**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01989-REB-PAC** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 17, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CHARLES LEE KETTERING, | Pro se, via telephone |
| **Plaintiff,** | |
| v. | |
| LARIMER COUNTY DETENTION CENTER, *et al*, | George H. Hass<br>Terry Cipoletti |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTIONS HEARING**
**Court in Session:**    10:51 a.m.
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:**   The Motion for Leave to File an Amended Complaint [filed July 11, 2007; doc. 163] is granted.  Nurse Hauge shall be substituted for the unknown nurse in the complaint.  Defense counsel shall advise the Court and plaintiff whether he will be representing Nurse Hauge within five (5) days.  If defendants' counsel will not be representing Nurse Hauge, he shall provide any information he has regarding Nurse Hauge, and the Marshals shall serve her.

**ORDERED:**   Plaintiff's oral motion to withdraw his Motion to Compel L.C.D.C. to Allow Right to Access the Courts [filed November 15, 2006; doc. 11] is granted.  The motion is hereby withdrawn.  The fact that the motion was filed shall remain a part of the Court's file.

**ORDERED:**   The Motion to Stop all Libelous and False Accusations and False Records Sent to this Court as to Taint Plaintiff's Interests [filed June 11, 2007; doc. 139] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   The Second Motion Request to Read and Make "Changes in Form of Substance" Rule 30(e) of Deposition [filed June 18, 2007; doc. 140] is denied as moot for the reasons stated on the record.

**ORDERED:** The County Defendants' Motion for Extension of Time to Respond to Plaintiff's First Interrogatories to the Defendants at the Larimer County Detention Center all Pertaining to the Sheriff and his Deputies Dated June 6, 2007 [filed June 26, 2007; doc. 150] is granted.  The responses shall be sent to plaintiff on or before July 23, 2007.

**ORDERED:** Plaintiff's response to the County Deputy Defendants' Motion to Stay Discovery [filed June 26, 2007; doc. 151] is due by August 17, 2007.  Discovery regarding the deputies is stayed pending a ruling on the motion to stay.

**ORDERED:** The Motion Directing Court to Deny Expert Disclosures by Gary Darling [filed June 27, 2007; doc. 153] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's Request to Add New Defendants to his Complaint and Discovery of Names on Document [filed June 27, 2007; doc. 155] is denied without prejudice for the reasons stated on the record.

**ORDERED:** The Motion to Stop the Charges of Unwanted and Unneeded Copies [filed July 11, 2007;doc. 166] is denied as moot for the reasons stated on the record.

**ORDERED:** The discovery deadline is reset to September 1, 2007, and the dispositive motions deadline is reset to October 1, 2007.

**ORDERED:** The final pretrial conference set for October 17, 2007 is vacated and reset to January 8, 2008 at 10:00  a.m.

HEARING CONCLUDED.

**Court in Recess:**     12:13 p.m.
Total In-Court Time:     01:22

\*     The parties may obtain a transcript of this proceedings by contacting Avery Reporting Service at (303) 825-6119.