**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

---

**Civil Action No.: 06-cv-01989-REB-KLM**     **FTR** - Reporter Deck - Courtroom A-501
**Date: August 22, 2007**                      Courtroom Deputy, Ellen E. Miller

---

CHARLES LEE KETTERING,                          Pro Se (by telephone)
#104451

    **Plaintiff(s),**

v.

LARIMER COUNTY DETENTION CENTER, *et al*        George H. Hass
                                                Terry Cipoletti
                                                Catherin O'Brien Crum

    **Defendant(s).**

---

**COURTROOM   MINUTES  /  MINUTE   ORDER**

---

**HEARING: MOTIONS HEARING**
**Court in Session:**   1:30  p.m.
Court calls case. Appearance of counsel in the courtroom and Mr. Kettering by telephone.

Discussion is held regarding pending motions.

**It is ORDERED:**   Plaintiff's Motion for Discovery of Other Persons Involved in Breaking Plaintiff's Civil Rights (Docket No. **132,** Filed May 31, 2007) is **DENIED AS MOOT** for the reasons set forth on the record.

The Court notes this motion included a request for photographs and names of the nurses employed at the detention center. This was previously denied by Magistrate Judge Schlatter, and any further requests of this same issue will be summarily denied by the Court unless the Plaintiff submits new valid evidence as to why he is entitled to this information.

**It is ORDERED:**   Plaintiff's Motion for Discovery Interrogatories and First Request for Production of Documents (Docket No. **133,** Filed May 31, 2007) is **DENIED AS MOOT** for the reasons set forth on the record.

**It is ORDERED:**   County Deputy Defendants' Motion to Stay Discovery (Docket No. **151,** Filed June 26, 2007) is **GRANTED** through OCTOBER 01, 2007.

*06-cv-01989-REB-KLM*
*Motions Hearing*
*August 22, 2007*

The deadline for Defendants to file their Motion for Summary Judgment is OCTOBER 01, 2007. A Minute Order will be issued at a future date setting the Plaintiff's Response deadline to the anticipated Motion for Summary Judgment. The Court will order a Reply if deemed necessary.

**It is ORDERED:** Defendants Nurse Bruntz and Nurse Hoffman's Motion for 10-Day Extension of Time to Notify the Court Concerning Representation of Substituted Defendant Nurse Hauge (Docket No. **172,** Filed July 19, 2007) is **DENIED AS MOOT** for reasons set forth on the record.

Docket No. **174** is raised for discussion. Mr. Kettering notes this motion does not pertain to this action and should only have been entered in 06-cv-00261-BNB.*

Docket No. **187** is raised for discussion. Mr. Kettering notes this motion does not pertain to this action and should only have been entered in 07-cv-00863-BNB **

The Court advises Mr. Kettering to only put one case number on any pleading, thus insuring the document will be entered into the appropriate case file.

**It is ORDERED:** Plaintiff's Motion for Extension of Time to File an Amended Complaint (Docket No. **174,** Filed July 24, 2007) is **DENIED AS MOOT.**

**It is ORDERED:** Plaintiff's Motion for Preliminary Injunction to Allow Access to the Courts and Give Plaintiff Basic Hygiene Supplies Like Soap (Docket No. **187,** Filed August 08, 2007) is **DENIED AS MOOT.**

**It is ORDERED:** Plaintiff's Motion to Permit Plaintiff to Receive All Records to Discover Evidence of Police Misconduct (Docket No. **176,** Filed July 27, 2007) is **DENIED without Prejudice,** with leave to re-file if appropriate (after a ruling is made on the anticipated Motion for Summary Judgment.)

In anticipation of Plaintiff's Motion to Amend Complaint (Docket No. 195) being Referred by District Judge Blackburn,

**It is ORDERED:** Defendants shall have to and including **September 05, 2007** within which to file their response to Plaintiff's Motion to Amend Complaint to Add New Defendant (Docket No. **195,** Filed August 21, 2007).

HEARING CONCLUDED.

**Court in Recess:** 2:07 p.m.
Total In-Court Time: 00:37

*06-cv-01989-REB-KLM*
*Motions Hearing*
*August 22, 2007*

\*       Later research by the Court staff determined this appears to be an incorrect case number. Charles Lee Kettering is listed as the Plaintiff in civil action 07-cv-00261-ZLW, which was terminated June 13, 2007. Docket No. 28 in 07-cv-00261-ZLW is the same document as Docket No. 174 in 06-cv-01989-REB-KLM

\*\*     Later research by the Court staff determined this appears to be an incorrect case number. Charles Lee Kettering is listed as the Plaintiff in civil action 07-cv-00836-ZLW, which was terminated August 08, 2007. Docket No. 21 in 07-cv-00836-ZLW is the same document as Docket No. 187 in 06-cv-01989-REB-KLM