IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Motion to Amend Complaint to Add New Defendant [Docket No. **195**, Filed August 21, 2007]; Plaintiff's Motion Amended Complaint Adding Parties [Docket No. **199**, Filed August 31, 2007]; Plaintiff's Motion to Allow Defendant to Add the Five Other Nurses [Docket No. **200**, Filed August 31, 2001]; Plaintiff's Request for Local Rules for Summary Judgment for *Pro Se* Plaintiff [Docket No. **201**, Filed August 31, 2007]; and County Defendants' Motion for Extension of Time to File Motion for Summary Judgment [Docket No. **206**, Filed September 21, 2007].

    IT IS HEREBY **ORDERED** that Plaintiff's motions to amend his Complaint [Docket Nos. **195 & 199**] are **DENIED**.  The Court discussed Plaintiff's requests to amend his Complaint at an August 22, 2007 hearing held in this case, at which Plaintiff appeared by telephone.  The Court denies these requests for the reasons already provided at the hearing, namely that Plaintiff has had an opportunity to amend his Complaint based on the content of his medical records, has not availed himself of that opportunity in a timely fashion, and the time for discovery has passed.  The Court specifically finds that Plaintiff had access to his medical records at the inception of the case and had the names of those who provided his treatment available to him at that time.  Under these circumstances, granting leave to amend is not warranted.

    IT IS FURTHER HEREBY **ORDERED** that Plaintiff's motion to add five nurses

[Docket No. **200**] is **DENIED as moot**.  Plaintiff made a request to add unknown nurses to his Complaint at the August 22, 2007 hearing before the Court.  The Court ruled on this oral motion at that time and denied the request.

IT IS FURTHER HEREBY **ORDERED** that Plaintiff's Request [Docket No. **201**] is **GRANTED in part and DENIED in part**.  Although the Court finds that Plaintiff was already served with a copy of the Court's Order, **the Clerk is directed to mail Plaintiff an additional copy of the Court's Order dated August 22, 2007 [Docket No. 196]**.  Plaintiff also requests a copy of the Local Rules that apply to summary judgment.  This request is denied.  The Court does not provide legal assistance or legal authority to parties.

IT IS FURTHER HEREBY **ORDERED** that County Defendants' motion [Docket No. **206**] is **GRANTED**.  The dispositive motions deadline set by Order dated July 17, 2007 [Docket No. 170] is extended to **November 1, 2007**.

Dated:  September 24, 2007