# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 06-cv-01989-REB-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** January 08, 2008 | Courtroom Deputy, Ellen E. Miller |

___

CHARLES LEE KETTERING,                  Pro Se    (by telephone)
#104451

    **Plaintiff(s),**

v.

LARIMER COUNTY DETENTION CENTER, *et al*     George H. Hass
                                                              Jeannine S. Haag
                                                              Catherine O'Brien Crum
                                                              Terry Cipoletti

    **Defendant(s).**

___
## AMENDED COURTROOM MINUTES / MINUTE ORDER
___

*Courtroom Minutes / Minute Order is AMENDED to correct an identifying Docket Number.*
*Docket No. **253** was erroneously noted twice. The title of the Motion is correct; however, the second motion identified as 253 is corrected to show Docket No. **254.***
*No other changes are made.*

**HEARING: PRETRIAL CONFERENCE**
**Court in Session:** 10:25 a.m.
Court calls case. Appearance of counsel.

Plaintiff states he received the proposed Final Pretrial Order yesterday. As the Plaintiff has had no input to the proposed Final Pretrial Order, this conference is deemed a Preliminary Pretrial Conference. The parties shall submit a revised proposed Final Pretrial Order consistent with the Court's orders made from the bench. The Court anticipates signing the revised proposed Final Pretrial Order and therefore does not set any further Pretrial Conference. Upon receipt of the revised proposed Final Pretrial Order, if the Court determines a conference is necessary, one will be set by Minute Order.

Discussion is held.

Defendants filed an Amended Motion to Strike Plaintiff's Motion for Summary Judgment [Docket No. **243**, Filed January 03, 2008]. The Defendants received the Motion for Summary Judgment on December 26, 2007. The Motion for Summary Judgment has not been received by the Court or filed in the Court CM/ECF System.

| | |
|---|---|
| **It is ORDERED:** | Defense counsel Mr. Hass will provide a copy of Plaintiff's Motion for Summary Judgment to the Court to be filed. |
| **It is ORDERED:** | Plaintiff's MOTION TO PERMIT PLAINTIFF TO RECEIVE ALL RECORDS TO DISCOVER EVIDENCE OF POLICE MISCONDUCT [Docket No. **246,** Filed January 04, 2008] is **DENIED** for the reasons set forth on the record. |
| **It is ORDERED:** | Defendants shall have to and including JANUARY 28, 2008 within which to file their RESPONSE to Plaintiff's Declaration of Default or Declaration for Entry of Default by Ft. Collins Police Department [Docket No. **247,** Filed January 04, 2008]. No Reply will be permitted.. Defendants will specifically address the following two issues: (1) Are the claims against the District Attorney Defendants brought in their individual capacities, official capacities or both? (2) May default judgment enter against the District Attorney Defendants in whichever capacities they have been sued? |
| **It is ORDERED:** | Defendants shall have to and including JANUARY 28, 2008 within which to file their RESPONSE to Plaintiff's Motion for Order to Get the Fort Collins Police to Respond to the Law Suit or Enter Judgment [Docket No. **249,** Filed January 04, 2008]. No Reply will be permitted. Defendants will specifically address the two issues indicated above. |
| **It is ORDERED:** | Plaintiff's MOTION TO COMPELL [sic] MR. JOHNSON LEGAL LIBRARY TO MAKE PLAINTIFF'S COPYS [sic] MOTION FOR SUMMARY JUDGMENT 350 PAGES [Docket No. **252,** Filed January 07, 2008] is **DENIED AS MOOT.** |
| **It is ORDERED:** | Plaintiff's MOTION TO COMPELL [sic] MR. JOHNSON LEGAL LIBRARY TO MAKE PLAINTIFF'S COPYS [sic] MOTION FOR SUMMARY JUDGMENT 350 PAGES [Docket No. **253,** Filed January 07, 2008] is **DENIED AS MOOT.** |

**It is ORDERED:** Plaintiff's INJUNCTION COMPELLING MR. JOHNSON (LEGAL LIBRARY) TO COPY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Docket No. **254,** Filed January 07, 2008] is **DENIED AS MOOT.**

**It is ORDERED:** Nurse Defendants' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Docket No. **259,** Filed January 07, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:** Plaintiff's Motion for Summary Judgment (Cross-Motions) [Docket No. **248,** Filed January 04, 2008] is **HELD IN ABEYANCE** and may be considered as part of Plaintiff's RESPONSE to Defendants' Motion for Summary Judgment.

With the filing of Plaintiff's Response to Motion for Summary Judgment [Docket No. **251,** Filed January 07, 2008], the Court deems the Defendants' Motion for Summary Judgment fully briefed and no Reply shall be filed.

**It is ORDERED:** Plaintiff shall provide information to defense counsel Mr. Hass so that a revised proposed Final Pretrial Order may be prepared by defense counsel. Information to be provided by Plaintiff shall include but not be limited to: Claims (Section 3), Stipulations (Section 4), List of Witnesses (Section 6), and List of Exhibits (Section 7).

Mr. Kettering indicates he understands that he will receive the revised proposed Final Pretrial Order for his signature and will promptly review it and return it to Mr. Hass so the revised proposed Final Pretrial Order may be filed with the Court **no later than FEBRUARY 08, 2008.**
The parties will exchange Exhibits within five (5) days after entry of the Final Pretrial Order by the Court.

The Court notes concerns expressed in Section 9. The issue must be presented to the Court in an appropriate motion for consideration. Plaintiff states he does not want addresses or any contact information for defense witnesses, therefore it is anticipated the Nurse Defendants will file an unopposed motion regarding safety and security issues.

*06-cv-01989-REB-KLM*
*Pretrial Conference*
*January 08, 2008*

Deadline for Fed.R.Evid. 702 reports as set by the Honorable Robert E. Blackburn is **MAY 20, 2008.**

Trial Preparation Conference, to be held by The Honorable Robert E. Blackburn, is set for **OCTOBER 03, 2008** at 1:30 p.m.

A ten (10) day Trial to the Court is set before The Honorable Robert E. Blackburn to begin on **OCTOBER 20, 2008 at 8:30 a.m.**

Plaintiff is reminded that he must appear in person if he has been released, or make arrangements to appear by telephone if he is incarcerated at the time of any Court hearing.

**It is ORDERED:**   The proposed Final Pretrial Order submitted by Defendants [Docket No. 244, Filed January 03, 2008] is   not   signed by the Court.

The Clerk of the Court is directed to mail a copy of this Courtroom Minutes/Minute Order to the CSP Litigation Coordinator:
Mr. Dennis Burbank, Litigation Coordinator
Colorado State Penitentiary
P. O. Box 777
Cañon City, CO 81215

HEARING CONCLUDES.

**Court in recess:**   11:26 a.m.
Total In-Court Time:     01:01