IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Notice of Withdrawal of Plaintiff's Motion For Protective Order** [2][#297], filed April 4, 2008. The court will construe this notice as a motion to withdraw the motion for protective order. The motion is **GRANTED**. The **Motion For Plaintiff's Protecting Order From All Defendants and Clarification of Lies Told by Attorney Therry Cipoletti & Cathern O'Brien Crum. to Set the Record Strait [**sic**] as to The Truth** [#281], filed February 19, 2008, is **WITHDRAWN**.

    Dated: April 4, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The court suggest that in the future counsel needs to file motions if she expects a ruling.