IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01989-REB-KLM

CHARLES LEE KETTERING,

          Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
NURSE HAUGE, in her official and individual capacities,
DEPUTY BERGESS, in his official and individual capacities,
DEPUTY HARRIS, in his official and individual capacities,
SERGEANT ESTERS, in his official and individual capacities,
CORPORAL CATES, in her official and individual capacities,
CORPORAL NAIL, in his official and individual capacities,
DEPUTY KERR, in his official and individual capacities,
DEPUTY VANDERSLICE, in his official and individual capacities,
DEPUTY SIMMS, in his official and individual capacities,
DEPUTY SANZONE, in his official and individual capacities,
DEPUTY HOONER, in his official and individual capacities,
DEPUTY MEEKS, in his official and individual capacities,
DEPUTY MOLL, in his official and individual capacities,
NURSE HOFFMAN, in her official and individual capacities,
LIEUTENANT RUSSELL, in his official and individual capacities,
LIEUTENANT FARABEE, in his official and individual capacities,
SERGEANT VANFLEET, in his official capacity,
DEPUTY GREGORY, in his official and individual capacities,
CORPORAL HARTEKER, in his official and individual capacities,
DEPUTY PUGLIESE, in his official and individual capacities,
DEPUTY MARTINEZ, in his official and individual capacities,
DEPUTY SANTOS, in his official and individual capacities,
DEPUTY ARMENTROUT, in his official and individual capacities,
DEPUTY SOMOYER, in his official and individual capacities,
DEPUTY TRAYLOR, in his official and individual capacities,
DEPUTY McHUGH, in his official and individual capacities,
SERGEANT DANIALS, in his official and individual capacities,
DEPUTY PURRIER, in his official and individual capacities,
CHARLES ROBLES, in his official and individual capacities,
PATTI DEAN, in her official and individual capacities,
DOUG RICE, in his official capacity,
JASON STAUBIN, in his official and individual capacities,
AMY WIMMER, in her official and individual capacities,

NURSE UNKNOWN, in her official capacity,
DOUG RICE, in his individual capacity,
NURSE BRUNTZ, in her individual capacity,
DEPUTY KIAHTIPES,
MAJOR DARLIN,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on County Defendants' Amended Motion to Strike Plaintiff's Motion for Summary Judgment [Docket No. 243; Filed January 3, 2008] (the "Motion").  The Court notes that there are two pending Motions for Summary Judgment filed by Plaintiff [Docket Nos. 248 & 264] .

      IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot** for the reasons stated on the record at the January 8, 2008 Pretrial Conference [Docket No. 262] regarding the Nurse Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment [Docket No. 259].  As the Court informed the parties at the January 8, 2008 conference, Plaintiff's two Motions for Summary Judgment shall be considered Plaintiff's response to the pending Motions for Summary Judgment filed by Defendants [Docket Nos. 216, 218, & 226], unless otherwise ordered.

      Given that Plaintiff is now represented by counsel and that he filed his two Motions for Summary Judgment *pro se*,

      IT IS FURTHER **ORDERED** that Plaintiff's counsel shall notify the Court in writing on or before **April 21, 2008** whether they wish to withdraw Plaintiff's two Motions for Summary Judgment and to file a response to Defendants' Motions for Summary Judgment on his behalf.  If so, counsel shall propose a reasonable deadline for filing Plaintiff's response to Defendants' Motions for Summary Judgment [Docket Nos. 216, 218, & 226].

Dated:  April 11, 2008