IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01989-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
NURSE HAUGE, in her official and individual capacities,
DEPUTY BERGESS, in his official and individual capacities,
DEPUTY HARRIS, in his official and individual capacities,
SERGEANT ESTERS, in his official and individual capacities,
CORPORAL CATES, in her official and individual capacities,
CORPORAL NAIL, in his official and individual capacities,
DEPUTY KERR, in his official and individual capacities,
DEPUTY VANDERSLICE, in his official and individual capacities,
DEPUTY SIMMS, in his official and individual capacities,
DEPUTY SANZONE, in his official and individual capacities,
DEPUTY HOONER, in his official and individual capacities,
DEPUTY MEEKS, in his official and individual capacities,
DEPUTY MOLL, in his official and individual capacities,
NURSE HOFFMAN, in her official and individual capacities,
LIEUTENANT RUSSELL, in his official and individual capacities,
LIEUTENANT FARABEE, in his official and individual capacities,
SERGEANT VANFLEET, in his official capacity,
DEPUTY GREGORY, in his official and individual capacities,
CORPORAL HARTEKER, in his official and individual capacities,
DEPUTY PUGLIESE, in his official and individual capacities,
DEPUTY MARTINEZ, in his official and individual capacities,
DEPUTY SANTOS, in his official and individual capacities,
DEPUTY ARMENTROUT, in his official and individual capacities,
DEPUTY SOMOYER, in his official and individual capacities,
DEPUTY TRAYLOR, in his official and individual capacities,
DEPUTY McHUGH, in his official and individual capacities,
SERGEANT DANIALS, in his official and individual capacities,
DEPUTY PURRIER, in his official and individual capacities,
CHARLES ROBLES, in his official and individual capacities,
PATTI DEAN, in her official and individual capacities,
DOUG RICE, in his official capacity,
JASON STAUBIN, in his official and individual capacities,
AMY WIMMER, in her official and individual capacities,

NURSE UNKNOWN, in her official capacity,
DOUG RICE, in his individual capacity,
NURSE BRUNTZ, in her individual capacity,
DEPUTY KIAHTIPES,
MAJOR DARLIN,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Combined Motion to (1) Withdraw Plaintiff's Cross-Motions for Summary Judgment, (2) File a Combined Response to Defendants Motions for Summary Judgment, and (3) Reopen Limited Discovery [Docket No. 302; Filed April 21, 2008] (the "Motion"). Plaintiff informs the Court that County Defendants do not oppose the relief requested. Nurse Defendants oppose reopening discovery, but are not opposed to a reasonable extension of time for Plaintiff to file a combined response to Defendants' outstanding dispositive motions.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks to withdraw his two pending cross-motions for summary judgment, the Motion is **granted**. As of the date of this Order, Plaintiff's cross-motions for summary judgment [Docket Nos. 248 and 264] are **withdrawn**. To the extent that Plaintiff seeks to reopen limited discovery, the Motion is **granted in part and denied in part**. The Court concludes that a shorter discovery period than proposed by Plaintiff is warranted. As such, discovery shall be reopened to allow Plaintiff to take limited discovery for a period of forty-five (45) days from the date of this Order. Accordingly, the limited discovery deadline shall be **June 6, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiff shall file a combined response to Defendants' Motions for Summary Judgment [Docket Nos. 216, 218, & 226] on or before **July 7, 2008**. Defendants' replies, if any, shall be filed on or before **July 22, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiff shall file a response to Defendant Robles, Dean, St. Aubin and Wimmer's F.R.C.P. 12(b)(6) Motion to Dismiss [Docket No. 258] on or before **July 7, 2008**. Defendants' reply, if any, shall be filed on or before **July 22, 2008**.

    **No further extensions of time will be permitted**.

Dated: April 22, 2008