# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
NURSE HAUGE, in her official and individual capacity,
DEPUTY BERGESS, in his official and individual capacity,
HARRIS, Deputy, in his official and individual capacity,
ESTERS, Sergeant, in his official and individual capacity,
CATES, Corporal, in her official and individual capacity,
NAIL, Corporal, in his official and individual capacity,
KERR, Deputy, in his official and individual capacity,
VANDERSLICE, Deputy, in his official and individual capacity,
SIMMS, Deputy, in his official and individual capacity
SANZONE, Deputy, in his official and individual capacity,
HOONER, Deputy, in official and individual capacity,
MEEKS, Deputy, in his official and individual capacity,
MOLL, Deputy, in his official and individual capacity,
HOFFMAN, Nurse, in her official and individual capacity,
RUSSELL, Lieutenant , in official and individual capacity,
FARABEE, Lieutenant, in his official and individual capacity,
VANFLEET, Sergeant, in his official and individual capacity,
GREGORY, Deputy, in his official and individual capacity,
HARTEKER, Corporal, in his official and individual capacity,
PUGLIESE, Deputy, in his official and individual capacity,
MARTINEZ, Deputy, in his official and individual  capacity,
SANTOS, Deputy, in his official and individual capacity,
ARMENTROUT, Deputy, in his official and individual capacity,
SOMOYER, Deputy, in his official and individual capacity,
TRAYLOR, Deputy, in his official and individual capacity,
McHUGH, Deputy, in her official and individual capacity,
DANIALS, Sergeant, in his official and individual capacity,
PURRIER, Deputy, in official and individual capacity,
CHARLES ROBLES, Police Officer, in official and individual capacity,
PATTI DEAN, Police Officer, in official and individual capacity,
DOUG RICE, Police Officer, in official and individual capacity,
JASON ST. AUBIN, Police Officer, in official and individual capacity,
AMY WIMMER, Police Officer, in official and individual capacity,
NURSE UNKNOWN, in her official and individual capacity,
DEPUTY KIAHTIPES, and
MAJOR DARLIN,
    Defendants.

## ORDER OF PARTIAL DISMISSAL

**Blackburn, J.**

The matter before the court are the parties' **Joint Stipulation of Partial Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#309] filed July 7, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that plaintiff's claims for relief as set forth in his **Amended Complaint** [#114] filed April 16, 2007, in particular, Claim One, Claim Seven, Claim Eight, Claim Nine, Claim Eleven, and all claims to the extent to which they apply to defendants, Charles Robles, Patti Dean, Doug Rice, Jason St. Aubin, and Amy Wimmer, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Partial Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#309] filed July 7, 2008, is **APPROVED**;

2. That plaintiff's claims for relief as set forth in his **Amended Complaint** [#114] filed April 16, 2007, in particular, Claim One, Claim Seven, Claim Eight, Claim Nine, Claim Eleven, and all claims to the extent to which they apply to defendants, Charles Robles, Patti Dean, Doug Rice, Jason St. Aubin, and Amy Wimmer, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendants, Charles Robles, Patti Dean, Doug Rice, Jason St. Aubin, and Amy Wimmer, are **DROPPED** as named parties to this action, and the case caption is amended accordingly; and

4. That pursuant to REB Civ. Practice Standard II.I.1, the plaintiff shall file a statement by the close of business **July 18, 2008**, specifying the claims and defendants

that remain in this case.

      Dated July 8, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **<u>s/ Robert E. Blackburn</u>**
                                      **Robert E. Blackburn**
                                      **United States District Judge**