IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter before the court is **Defendant Robles, Dean, Rice, St. Aubin and Wimmer's F.R.C.P. 12(b)(6) Motion To Dismiss** [#258] filed January 7, 2008. On July 8, 2008, the court entered an **Order of Partial Dismissal** [#310], dismissing out defendants Charles Robles, Patti Dean, Doug Rice, Jason St. Aubin, and Amy Wimmer. This moots the relief requested by the motion.

    **THEREFORE, IT IS ORDERED** it is ordered that **Defendant Robles, Dean, Rice, St. Aubin and Wimmer's F.R.C.P. 12(b)(6) Motion To Dismiss** [#258] filed January 7, 2008, is **DENIED** as moot.

    Dated: July 8, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.