IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01989-REB-PAC

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
NURSE HAUGE, in her individual and official capacity,
DEPUTY BURGESS, in his individual and official capacity,
DEPUTY HARRIS, in his individual and official capacity,
DEPUTY ESTERS, in his individual and official capacity,
CORPORAL CATES, in her individual and official capacity,
CORPORAL NAIL, in his individual and official capacity,
DEPUTY KERR, in his individual and official capacity,
DEPUTY VANDERSLICE, in his individual and official capacity,
DEPUTY SIMMS, in his official capacity
DEPUTY SANZONE, in his individual and official capacity,
DEPUTY HOONER, in individual and official capacity,
DEPUTY MEEKS, in his individual and official capacity,
DEPUTY MOLL, in his individual and official capacity,
NURSE HOFFMAN, in her individual and official capacity,
LIEUTENANT RUSSELL, in official capacity,
LIEUTENANT FEREBEE, in his individual and official capacity,
SERGEANT VANFLEET, in his individual and official capacity,
DEPUTY GREGORY, in his individual and official capacity,
CORPORAL HARTEKER, in his individual and official capacity,
DEPUTY PUGLIESE, in his individual and official capacity,
DEPUTY MARTINEZ, in his individual and official capacity,
DEPUTY SANTOS, in his individual and official capacity
DEPUTY ARMENTROUT, in his individual and official capacity,
DEPUTY SOMOYER, in his individual and official capacity,
DEPUTY TRAYLOR, in his individual and official capacity,
DEPUTY MCHUGH, in her individual and official capacity,
SERGEANT DANIALS, in his individual and official capacity,
SERGEANT PURRIER, in individual and official capacity,
NURSE UNKNOWN, in her official capacity,
NURSE BRUNTZ, in her individual capacity,
DEPUTY KIAHTIPES, and
MAJOR DARLING,

    Defendants.

# ORDER OF DISMISSAL AS TO
# DEFENDANT GARY DARLING, ONLY

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulation of Partial Dismissal of Named Defendant and Modification of Final Pre-Trial Order** [#321] filed September 18, 2008. After reviewing the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claim against defendant Gary Darling should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Partial Dismissal of Named Defendant and Modification of Final Pre-Trial Order** [#321] filed September 18, 2008, is **APPROVED**;

2. That plaintiff's claim against defendant Gary Darling is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendant Gary Darling is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly; and

4. That the remaining claims **SHALL BE TRIED** to the court without a jury, commencing October 20, 2008, at 9:00 a.m., with the court reserving four (4) days, if necessary, for trial.

Dated September 19, 2008, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          Robert E. Blackburn
          United States District Judge