# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01989-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, 2405 Midpoint Drive, Fort Collins, CO 80525,
NURSE HAUGE, in her individual and official capacity,
DEPUTY BURGESS, in his individual and official capacity,
DEPUTY HARRIS, in his individual and official capacity,
DEPUTY ESTERS, in his individual and official capacity,
CORPORAL CATES, in her individual and official capacity,
CORPORAL NAIL, in his individual and official capacity,
DEPUTY KERR, in his individual and official capacity,
DEPUTY VANDERSLICE, in his individual and official capacity,
DEPUTY SIMMS, in his official capacity
DEPUTY SANZONE, in his individual and official capacity,
DEPUTY HOONER, in individual and official capacity,
DEPUTY MEEKS, in his individual and official capacity,
DEPUTY MOLL, in his individual and official capacity,
NURSE HOFFMAN, in her individual and official capacity,
LIEUTENANT RUSSELL, in official capacity,
LIEUTENANT FEREBEE, in his individual and official capacity,
SERGEANT VANFLEET, in his individual and official capacity,
DEPUTY GREGORY, in his individual and official capacity,
CORPORAL HARTEKER, in his individual and official capacity,
DEPUTY PUGLIESE, in his individual and official capacity,
DEPUTY MARTINEZ, in his individual and official capacity,
DEPUTY SANTOS, in his individual and official capacity
DEPUTY ARMENTROUT, in his individual and official capacity,
DEPUTY SOMOYER, in his individual and official capacity,
DEPUTY TRAYLOR, in his individual and official capacity,
DEPUTY MCHUGH, in her individual and official capacity,
SERGEANT DANIALS, in his individual and official capacity,
SERGEANT PURRIER, in individual and official capacity,
NURSE UNKNOWN, in her official capacity,
NURSE BRUNTZ, in her individual capacity,
DEPUTY KIAHTIPES, and

    Defendants.

# ORDER ADOPTING IN PART RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#317], filed September 2, 2008; and (2) the **Larimer County Defendants' Objection to Recommendation of United States Magistrate Judge** [#320], filed September 17, 2008. I approve and adopt the recommendation in part, but sustain defendants' objection insofar as it seeks dismissal of Claim III(a) as against defendant Burgess.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which cognizable objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law. The recommendation is extraordinarily detailed, thorough, and well-reasoned. Plaintiff's objections are largely without merit. However, defendants are correct that plaintiff's Claim III(a), which accuses defendants Burgess and Bruntz of conspiring to falsely accuse plaintiff of misconduct, which allegedly led to an assault by other officers, should be dismissed in its entirety. The magistrate judge recommends rightly that this claim be dismissed as against Bruntz for lack of any evidence suggesting that she conspired as alleged. This evidentiary shortcoming is likewise fatal to Claim III(a) as it relates to the other implicated defendant, Burgess, since a conspiracy requires at least two people. For that reason, I find that Claim III(a) should be dismissed in its entirety.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted. In addition, I find and conclude that Claim III(a) should be dismissed in its entirety.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#317], filed September 2, 2008, is **APPROVED AND ADOPTED** as an order of this court, with the exception of Claim III(a) as it relates to defendant Burgess;

2. That the **Larimer County Defendants' Objection to Recommendation of United States Magistrate Judge** [#320], filed September 17, 2008, is **SUSTAINED IN PART** to the extent it implicates plaintiff's Claim III(a) as against defendant Burgess;

3. That the **Larimer County Defendants' Objection to Recommendation of United States Magistrate Judge** [#320], filed September 17, 2008, is **OVERRULED** otherwise;

4. That **Defendant Nurses Vicki Hoffman, R.N., and Ann Hauge, L.P.N.'s, Motion for Summary Judgment and Brief in Support** [#216], filed October 1, 2007, is **GRANTED**;

5. That plaintiff's Claim IV(b) is **DISMISSED WITH PREJUDICE**;

6. That **Defendant Nurse Cathleen Bruntz's Motion for Summary Judgment and Brief in Support** [#218], filed October 1, 2007, is **GRANTED**;

7. That plaintiff's Claim II(b) and Claim III(a) are **DISMISSED WITH PREJUDICE** as against Nurse Bruntz

8. That defendants Nurse Hauge, Nurse Hoffman, and Nurse Bruntz are **DISMISSED** as named parties to this action, and the case caption is **AMENDED** accordingly;

9. That the **County Defendants' Motion for Summary Judgment and Brief in Support** [#226], filed November 1, 2007, is **GRANTED IN PART** and **DENIED IN PART**;

10. That the County defendants' motion is **GRANTED** with respect to defendants Larimer County Detention Center, 2405 Midpoint Drive, Fort Collins, CO 80525, Lieutenant Russell, Deputy Hooper (misidentified in the caption as "Deputy Hooner"), Deputy Sanzone, Sergeant Daniels (misidentified in the caption as "Sergeant Danials"), Deputy Gregory, Deputy Traylor, Corporal Cates, Deputy Vanderslice, and Nurse Unknown, and those parties are **DISMISSED** as named defendants to this action, and the case caption is **AMENDED** accordingly;

11. That the County defendants' motion is **GRANTED** further as to plaintiff's Claim II(a), Claim II(b), Claim III(a), Claim X, and Claim XII, and those claims are **DISMISSED WITH PREJUDICE**; and

12. That in all other respects, the County defendants' motion is **DENIED**.

Dated September 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States Magistrate Judge**