**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                    Date: January 9, 2009
Court Reporter: Darlene Martinez

Civil Action No. 06-cv-01989-CMA-KLM

| *Parties:* | *Counsel:* |
|---|---|
| CHARLES LEE KETTERING, | Tamera Westerberg |
|  | Anna Edgar |
| Plaintiff, | Andrew Lillie |
|  |  |
| v. |  |
|  |  |
| GREGORY HARRIS, in his individual and official capacity, | William Ressue |
| MICHAEL ESTERS, in his individual and official capacity, | Jannine Haag |
| CLYDE MEEKS, in his individual and official capacity, |  |
| ROBERT MOLL, in his individual and official capacity, |  |
| TERRY FEREBEE, in his individual and official capacity, |  |
| JEFFREY VANFLEET, in his individual and official capacity, |  |
| JOHN HARTEKER, in his individual and official capacity, |  |
| JOSEPH PUGLIESE, in his individual and official capacity, |  |
| CANDIDO MARTINEZ, in his individual and official capacity, |  |
| SANTOS ROMERO, in his individual and official capacity, |  |
| JEFFREY ARMENTROUT, in his individual and official capacity, |  |
| AARON SMOYER, in his individual and official capacity, |  |
| TERESA MCHUGH, in his individual and official capacity, |  |
| RHETT PURRIER, in his individual and official capacity, |  |
|  |  |
| Defendants. |  |

_____

**COURTROOM MINUTES**
_____

HEARING: Final Trial Preparation Conference

**3:26 a.m.     Court in session**.

Joint Exhibits List, Plaintiff and Defendants' Witness Lists received by the Court.

Parties stipulate to the admissibility all of the exhibits.

**ORDER:** Plaintiff's Oral Motion for Sequestration is **granted**.

**ORDER:** Joint Oral Motion to Bring Demonstrative Exhibits Into the Courthouse is **granted**.

**ORDER:** Plaintiff's Unopposed Motion to Withdraw *Writ of Habeas Corpus Ad Testificandum* **(348)** is **granted**.

**3:41 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:15