IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01989-CMA-KLM

CHARLES LEE KETTERING,

    Plaintiff,

v.

GREGORY HARRIS, in his individual and official capacity,
MICHAEL ESTERS, in his individual and official capacity,
CLYDE MEEKS, in his individual and official capacity,
ROBERT MOLL, in his individual and official capacity,
TERRY FEREBEE, in his individual and official capacity,
JEFFERY VANFLEET, in his individual and official capacity,
JOHN HARTEKER, in his individual and official capacity,
JOSEPH PUGLIESE, in his individual and official capacity,
CANDIDO MARTINEZ, in his individual and official capacity,
SANTOS ROMERO, in his individual and official capacity,
JEFFREY ARMENTROUT, in his individual and official capacity,
AARON SMOYER, in his individual and official capacity,
TERESA MCHUGH, in his individual and official capacity,
RHETT PURRIER, in his individual and official capacity,

    Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITION**

---

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and deposition until such time as all need for the exhibits and deposition has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED: January __14__, 2009

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge